THE AGUILERA LAW GROUP, APLC
alg@aguileragroup.com
Eric Aguilera (SBN 192390)
eaguilera@aguileragroup.com
Lindsee Falcone (SBN 268072)
lfalcone@aguileragroup.com
V. René Daley
rdaley@aguileragroup.com
23046 Avenida De La Carlota
Suite 300
Laguna Hills, CA 92653
Tel: 714.384.6600 / Fax: 714.384.6601

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Plaintiff,<br><br>v.<br><br>GEOMAT TESTING LAB, INC., a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 5:21-CV-01462-DMG-SP<br><br>**PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF SETTLEMENT**<br><br>Complaint Served: 09/02/2021 |

**TO THE COURT AND COUNSEL OF RECORD FOR ALL PARTIES:**

**PLEASE TAKE NOTICE** that plaintiff Travelers Property Casualty Company of America and defendant GeoMat Testing Lab, Inc. have reached a global settlement resolving all claims, which will dispose of the entire action. The parties are currently in the process of finalizing a written

1
**TRAVELERS' NOTICE OF SETTLEMENT**

settlement agreement and release of claims.  Plaintiff requests that the Court vacate all pending deadlines, hearing dates, and other trial-related dates.  The parties expect that the settlement will be finalized within sixty days from the date of this filing.

Travelers requests the Court set a Status Conference for some time after January 23, 2022, by which time Travelers expects to have completed the settlement and dismissed the action.

Dated:  November 23, 2021          THE AGUILERA LAW GROUP, APLC

                                      */s/ A. Eric Aguilera*
                                        A. Eric Aguilera, Esq.
                                        Lindsee Falcone
                                        V. René Daley
                                Attorneys for Plaintiff, Travelers Property Casualty Company of America

# CERTIFICATE OF SERVICE

I, Dominique Alferez, declare as follows:

      I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within-action.  My business address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, CA 92653.  On **_November 24, 2021_**, I served a copy of the following documents:

DOCUMENT(S) SERVED:
**NOTICE OF SETTLEMENT**

SERVED UPON:          **SEE ATTACHED SERVICE LIST**

☐   (BY ELECTRONIC MAIL) By agreement of all parties, the above-referenced document was transmitted via electronic service and the transmission was reported as complete and without error. Pursuant to C.R.C. 2.260, I verify that the documents have been electronically transmitted from my registered email address (dalferez@aguileragroup.com) provided by my employer, The Aguilera Law Group, APLC, and was sent on **_November 24, 2021_**.

☒   (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT)  I certify that on **_November 24, 2021_**  I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **_November 24, 2021_**, at Laguna Hills, California.

                                          */s/ Dominique Alferez*
                                          Dominique Alferez

# SERVICE LIST

*Travelers Property Casualty Company of America v. Geomat Testing Lab, Inc.*
*USDC Central District, Case No.: 5:21-CV-01462-DMG-SP*

| | |
|---|---|
| James H. Millane, Esq.<br>LANAK & HANNA, PC<br>625 The City Drive South, Suite 190<br>Orange, CA 92868<br>T: (714) 620-2350<br>F: (714) 703-1610<br>ckmccarthy@lanak-hanna.com<br>jhmillane@lanak-hanna.com | Attorneys for Defendant<br>**GEOMAT TESTING LAB, INC.** |