**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Lindsee Falcone (SBN 268072)
V. René Daley (SBN 199914)
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com
rdaley@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Plaintiff,<br><br>v.<br><br>GEOMAT TESTING LAB, INC., a California Corporation; and DOES 1 through 10 inclusive, | Case No.: 5:21-CV-01462-DMG-SP<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION** |

Pursuant to stipulation between Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers"), and defendant GEOMAT TESTING LAB, INC ("Geomat"), Travelers agrees to dismiss with prejudice the complaint pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii).

Travelers and Geomat further stipulate to bear their own cost and fees.

\\\
\\\
\\\

1  IT IS SO STIPULATED AND AGREED.

2

3  Respectfully Submitted,

4

5  Dated:  January 10, 2022          **THE AGUILERA LAW GROUP, APLC**

6

7                                            /*s*/ A. Eric Aguilera
                                         ─────────────────────────────
                                            A. Eric Aguilera, Esq.
8                                           Lindsee B. Falcone
9                                           V. Rene Daley
                                         Attorneys for Plaintiff
10                                       TRAVELERS PROPERTY CASUALTY
                                         COMPANY OF AMERICA
11

12  Dated:  January 10, 2022          LANAK & HANNA, P.C.

13

14                                          /s/ James H. Millane[1]
                                         ─────────────────────────────
15                                          JAMES H. MILLANE
                                         Attorneys for Defendant
16                                       GEOMAT TESTING LAB, INC.

17

18

19

20

21

22

23

24

25

26

27  ─────────────────────────

28  [1] Mr. Millane's electronic signature affixed pursuant to authorization emailed to V. René Daley on 1/10/22.

# CERTIFICATE OF SERVICE

I, Dominique Alferez, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, CA 92653. On **_January 10, 2022_**, I served a copy of the following documents:

DOCUMENT(S) SERVED:
**JOINT STIPULATION TO DISMISS ENTIRE ACTION**
SERVED UPON:        SEE ATTACHED SERVICE LIST

☐ (BY ELECTRONIC MAIL) By agreement of all parties, the above-referenced document was transmitted via electronic service and the transmission was reported as complete and without error. Pursuant to C.R.C. 2.260, I verify that the documents have been electronically transmitted from my registered email address (dalferez@aguileragroup.com) provided by my employer, The Aguilera Law Group, APLC, and was sent on **_January 10, 2022_**.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on **_January 10, 2022_** I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **_January 10, 2022_**, at Laguna Hills, California.

*/s/ Dominique Alferez*
Dominique Alferez

# SERVICE LIST

*Travelers Property Casualty Company of America v. Geomat Testing Lab, Inc.*
*USDC Central District, Case No.: 5:21-CV-01462-DMG-SP*

| | |
|---|---|
| James H. Millane, Esq.<br>LANAK & HANNA, PC<br>625 The City Drive South, Suite 190<br>Orange, CA 92868<br>T: (714) 620-2350<br>F: (714) 703-1610<br>ckmccarthy@lanak-hanna.com<br>jhmillane@lanak-hanna.com | Attorneys for Defendant<br>**GEOMAT TESTING LAB, INC.** |